# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA SAMAYOA, et al.,<br><br>        Plaintiff<br><br>v.<br><br>AMERICAN FAMILY MUTAL INSURANCE COMPANY,<br><br>        Defendant | Case No.: 2:24-cv-01811-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that the plaintiffs' certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each plaintiff as required by the amendment to that rule.

    I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by October 15, 2024.

    DATED this 30th day of September, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE