McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant AMERICAN FAMILY
MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA SAMAYOA; individually, FRANCIS RAMOS-ORTIZ, individually, and ESMERALDA ALLON-IBARRA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01811-APG-BNW<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

IT IS HEREBY STIPULATED by Plaintiffs CLAUDIA SAMAYOA, FRANCIS RAMOS-ORTIZ, and ESMERALDA ALLON-IBARRA, by and through their counsel of record, and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY only, the parties to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

Re: <u>Claudia Samayoa; et al. v. American Family Mutual Insurance Company</u>
Case No. 2:24-cv-01811-APG-BNW

IT IS SO STIPULATED.

| Dated: November 6, 2024 | Dated: November 6, 2024 |
|---|---|
| BOYACK LAW GROUP | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| By: /s/Bryan Boyack | By: /s/Jonathan W. Carlson |
| Bryan Boyack<br>Nevada Bar No.: 9980<br>Daniel M. Dastrup<br>Nevada Bar No. 13677<br>1707 Village Center Circle, Suite 100<br>Las Vegas, NV 89134<br>Attorneys for Plaintiffs | Jonathan W. Carlson<br>Nevada Bar No. 10536<br>Chelsea M. Bravin<br>Nevada Bar No. 16503<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Attorneys for Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY |

**ORDER**

**IT IS SO ORDERED.**

DATED this <u>12th</u> day of <u>November</u>, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

10337399.1